WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**TAMARA O'DELL**,                                        CV # 05-459-HO

     Plaintiff,

vs.                                                                    ORDER

**COMMISSIONER of Social Security**,

     Defendant.

---

     Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff's attorney, Tim
Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount
of $250.00 are awarded pursuant to 28 U.S.C. § 1920.

     DATED this 11th day of Aug. , 2006.

                                      United States District Judge

Submitted on August 9, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1

Tamara O'Dell
CIVIL ACTION NO. 05-459-HO

<u>Federal Court Expenses</u>:

Waived

<u>Total Expenses</u>:  **$0.00.**

<u>Federal Court Costs</u>:

Coout filing fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $250.00

<u>Total Costs</u>:  **$250.00.**

SCHEDULE A - page 1

Attachment to court ORDER